## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| TYRONE BOSTON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 5:12-CV-387 |
| | : | |
| NORFOLK SOUTHERN RAILWAY | : | |
| COMPANY, | : | |
| | : | |
| Defendant. | : | |

### STIPULATION OF DISMISSAL

COME NOW, Plaintiff, Tyrone Boston, and Defendant, Norfolk Southern Railway

Company, by and through their undersigned counsel of record and pursuant to Federal Rule of

Civil Procedure 41(a) hereby stipulate to the dismissal of Plaintiff's Complaint with prejudice.

Respectfully submitted this 30th day of May, 2014.

| | |
|---|---|
| /s/ James R. Holland, II | /s/ Amanda M. Morris |
| JAMES R. HOLLAND, II | AMANDA M. MORRIS |
| Ga. Bar No. 279871 | Ga. Bar No. 141676 |
| Attorney for Plaintiff | MARK E. TOTH |
| HARRELL & HARRELL, P.A. | Ga. Bar No. 714727 |
| 4735 Sunbeam Road | Attorneys for Norfolk Southern Railway Company |
| Jacksonville, Florida 32257 | HALL, BLOCH, GARLAND & MEYER, LLP |
| Telephone: (904) 251-1111 | 577 Mulberry Street, Suite 1500 |
| Facsimile: (904) 251-1110 | P. O. Box 5088 |
| Email: jholland@harrellandharrell.com | Macon, GA 31208-5088 |
| | Telephone: (478) 745-1625 |
| | Facsimile: (478) 741-8822 |
| | Email: amandamorris@hbgm.com |
| | marktoth@hbgm.com |

I certify that the originally executed document contains the signatures of all filers
indicated herein and therefore represents consent for filing of this document.

## CERTIFICATE OF SERVICE

I hereby certify that on May 30th, 2014, I electronically filed **Stipulation of Dismissal**

with the Clerk of Court using the CM/ECF system, which will automatically send email

notification of such filing to the following attorney of record:

James R. Holland, II, Esq.
4735 Sunbeam Road
Jacksonville, FL 32257

This 30th day of May, 2014.

/s/ Amanda M. Morris
Amanda M. Morris
Ga. Bar Number: 141676
Attorney for Norfolk Southern Railway Company

Hall, Bloch, Garland & Meyer, LLP
577 Mulberry Street, Suite 1500
P. O. Box 5088
Macon, GA 31208-5088
Telephone: (478) 745-1625
Email: amandamorris@hbgm.com